

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2020

No. 04-20-00401-CV

**MESHBESHER & SPENCE, LTD.** and Konstandinos Nicklow,
Appellants

v.

**TODD MARQUARDT LAW FIRM,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-24208
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellee Shumway Van's brief was originally due October 5, 2020. On October 2, 2020, Shumway Van filed a motion requesting an additional extension of time to file the brief until October 12, 2020, for a total extension of seven days. After consideration, we **GRANT** the motion and **ORDER** appellee Shumway Van to file its brief **by October 12, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court